UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUL 11 AM 10: 0
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KNH DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Raul GARCIA-Franco,** Defendant | Magistrate Docket No. '08 MJ 2107<br>COMPLAINT FOR VIOLATION OF:<br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **July 9, 2008** within the Southern District of California, defendant, **Raul GARCIA-Franco,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 11th DAY OF JULY, 2008

William McCurine Jr.
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Raul GARCIA-Franco**

## PROBABLE CAUSE STATEMENT

On July 9, 2008, Border Patrol Agent R. Schiller was performing his assigned duties in an area located approximately 4 miles west of the Tecate, California Port-of-Entry and near the International Boundary between the United States and Mexico. This area is a well-known point of entry for illegal aliens crossing into the United States.

At about 8:00 PM, Agent Schiller observed seven individuals cross into the United States through an opening in the fence. Border Patrol Agent S. Randich assisted Agent Schiller and tracked the individuals. At approximately 9:45 PM, Agent Schiller and Randich encountered the seven individuals hiding. Agent Schiller identified himself as a United States Border Patrol Agent and conducted an immigration inspection. All seven, including one later identified as the defendant **Raul GARCIA-Franco**, admitted to being citizens and nationals of Mexico. Each individual further stated that they were present in the United States without any immigration documents. Agent Schiller arrested all seven subjects and had them subsequently transported to the United States Border Patrol Brown Field Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **October 2, 2002** through **Nogales, Arizona.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

James Trombley
Senior Patrol Agent

William McCurine Jr.
U.S. Magistrate Judge

7/11/08, 0930 hrs
Date/Time