FILED

2008 AUG -6 PM 3:52

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ____ DEPUTY

'08 CR 2579 LAB

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. RAUL GARCIA-FRANCO, Defendant. | Criminal Case No. ____________ <br> I N D I C T M E N T <br> Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |

The grand jury charges:

On or about July 9, 2008, within the Southern District of California, defendant RAUL GARCIA-FRANCO, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

FAS:nlv:San Diego
8/5/08

It is further alleged that defendant RAUL GARCIA-FRANCO was removed from the United States subsequent to March 21, 2007.

DATED: August 6, 2008.

A TRUE BILL:

______________________
Foreperson

KAREN P. HEWITT
United States Attorney

By: ______________________
FRED SHEPPARD
Assistant U.S. Attorney